Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
5740 N. Palm Avenue
Suite 103
Fresno, CA 93704
Telephone: 559-412-5390
Facsimile:866-282-6709
info@jonathanpena.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| VELIA C. BECERRA,<br><br>   Plaintiff,<br><br> vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 2:15-cv-643-KJN<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE HER OPENING BRIEF |

  IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Plaintiff shall have an extension of time to file her Opening Brief.  This is Plaintiff's first request for an extension of time.  The parties request additional time to confer and determine the completeness of the transcript of the certified administrative record filed on March 28, 2016 (Docket Number 15).  The current deadline for Plaintiff to file her opening brief is May 12, 2016, and the new deadline will be July 11, 2016.

  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Extension of Time Stipulation, 2:15-cv-643-KJN   1

Respectfully submitted,

Dated: May 11, 2016                /s/ Jonathan Omar Pena
                                   JONATHAN OMAR PENA
                                   Law Office of Jonathan O. Pena
                                   Attorney for Plaintiff

Dated: May 11, 2016                BENJAMIN B. WAGNER
                                   United States Attorney
                                   DEBORAH LEE STACHEL
                                   Acting Regional Chief Counsel, Region IX,
                                   Social Security Administration

                          By:      /s/  *Sharon Lahey
                                   (*as authorized by email on May 11, 2016)
                                   SHARON LAHEY
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated:  May 12, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE