PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile (415) 744-0134
E-Mail: sharon.lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| VELIA C. BECERRA, <br>     Plaintiff, <br><br>   v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br>     Defendant. | Case No. 2:15-cv-00643-KJN <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED, by and between Velia C. Becerra (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have a 30-day extension of time to respond to Plaintiff's Motion For Summary Judgment (Docket No. 19). The current deadline is August 10, 2016 and the new deadline will be September 9, 2016. This is the second request for an extension of time in the above-captioned matter. Defense counsel requests this additional time due to unanticipated leave from the office during the weeks of July 25th and August 1st.

///

///

///

STIPULATION & ORDER                                              CASE NO. 2:15-cv-00643-KJN

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

Dated: August 3, 2016             PEÑA & BROMBERG, PLC

                                        By: /s/ *Jonathan O. Peña*
                                        JONATHAN O. PEÑA
                                        Attorneys for Plaintiff
                                        (*As authorized by e-mail on August 3, 2016)

Dated: August 3, 2016             PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        By: /s/ *Sharon Lahey*
                                        SHARON LAHEY
                                        Special Assistant United States Attorney
                                        Attorney for Defendant

## **ORDER**

Good cause appearing, pursuant to stipulation, it is so ordered. Defendant shall file her response to Plaintiff's motion for summary judgment on or before September 9, 2016. Any reply thereto shall be filed on or before September 23, 2016.

Dated:  August 4, 2016

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE